IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| THEODORE BASH, D.O. and PATTI BASH | : <br> : CIVIL ACTION <br> : <br> : No. 2:21-cv-01842-MMB <br> : |
| *Plaintiffs,* | : |
| v. | : |
| BENEFICIAL EQUIPMENT FINANCE CORPORATION, NEWLANE FINANCE COMPANY, NEUMANN FINANCE COMPANY, ROBERT L. SALDUTTI, ESQUIRE, REBECCA K. MCDOWELL, ESQUIRE and SALDUTTI LAW GROUP | : <br> : <br> : <br> : <br> : <br> : |
| *Defendants.* | : |

_____:

**COUNSEL'S STATEMENT OF TIME SPENT DUE TO IMPROPER REMOVAL**

Pursuant to the Court's Order of May 21, 2021 (ECF No. 6), Plaintiffs' counsel hereby submits:

- Exhibit "1", statement of attorney time incurred due to the removal of the instant case;

- Exhibit "2", Certification of Ari R. Karpf, Esquire.

                                                 Respectfully submitted,

                                                 S/ Wayne A. Ely
                                                 Wayne A. Ely, Esquire
                                                 Attorney for Plaintiffs
                                                 225 Lincoln Highway
                                                 Building A, Suite 150
                                                 Fairless Hills, PA 19030
                                                 (215) 801-7979

May 28, 2021